# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00761-CR

**Shawn Gant-Benalcazar, Appellant**

**v.**

**The State of Texas, Appellee**

## FROM THE 331ST DISTRICT COURT OF TRAVIS COUNTY
## NO. D-1-DC-15-300095, THE HONORABLE DAVID CRAIN, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant's brief on appeal was originally due on April 8, 2019. On counsel's motions, the time for filing was extended to June 27, 2019. In response to an overdue-brief notice, appellant's counsel has now filed a third motion, requesting that the Court extend the time for filing appellant's brief. We grant the motion for extension of time and order appellant to file a brief no later than August 29, 2019. No further extension of time will be granted and failure to comply with this order will result in the referral of this case to the trial court for a hearing under Rule 38.8(b) of the Texas Rules of Appellate Procedure.

It is ordered on August 7, 2019.

Before Chief Justice Rose, Justices Triana and Smith

Do Not Publish